FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y

★ MAY 11 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case #: 1:18-cv-00011-ARR-RER

Yoel Weinberger, *individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

First Financial Asset Management, Inc.
John Does 1-25
    Defendants.

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiff and Defendant, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice as to Defendant First Financial Asset Management, Inc., and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: May 7, 2018

| For Plaintiff Yoel Weinberger | For Defendant First Financial Asset Management, Inc. |
|---|---|
| */s/ Daniel Kohn*<br>Daniel Kohn<br>**RC Law Group, PLLC**<br>285 Passaic Street<br>Hackensack, NJ 07601<br>dkohn@rclawgroup.com | */s/ Concepcion A. Montoya*<br>Concepcion A. Montoya<br>**Hinshaw & Culbertson LLP**<br>800 Third Avenue, 13th Floor<br>New York, NY 10022<br>cmontoya@hinshawlaw.com |

So ordered. /s/(ARR)